IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01964-MSK-MEH

WILDEARTH GUARDIANS,

      Plaintiff,

v.

LISA JACKSON, in her official capacity as Administrator, United States Environmental Protection Agency,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 7, 2010.**

      For good cause shown, the Joint Motion to Stay Proceedings and Notice of Lodging Consent Decree [filed December 31, 2009; docket #19] is **granted**. The Court hereby temporarily stays the proceedings in this case to allow the parties to seek public comment on the proposed Consent Decree. The stay of proceedings shall remain in effect until **February 25, 2010**, at **9:30 a.m.** at which time the Court will hold a Status Conference in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

      If this date is not convenient for any counsel, he or she should confer with opposing counsel and my chambers to obtain a more convenient date. Absent exceptional circumstances, no request for rescheduling will be entertained unless made five days in advance of the date of appearance.

      Lawyers whose offices are located outside of the Denver metropolitan area may appear at the Status Conference by telephone. Counsel are to arrange appearance by telephone with my Chambers by calling (303) 844-4507.

      Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.